No. 68, Misc. TURNER *v.* TEXAS. Ct. Crim. App. Tex. *Philip L. Reardon* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Milton Richardson* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 158, Misc. SUMMERVILLE *v.* MARYLAND. Ct. App. Md. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Franklin Goldstein,* Assistant Attorney General, for respondent.

No. 197, Misc. JONES *v.* MARYLAND. Ct. App. Md.

No. 222, Misc. HODGSON *v.* NEW JERSEY. Sup. Ct. N. J. *Mark F. Hughes, Jr.,* for petitioner.

No. 288, Misc. LEWIS *v.* ILLINOIS. Sup. Ct. Ill. *Richard L. Pollay* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 400, Misc. RICHARDSON *v.* ILLINOIS. Sup. Ct. Ill. *Sydney E. Foster* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 319, Misc. MORAN *v.* TENNESSEE. Sup. Ct. Tenn. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attor-

ney General, for respondent.

No. 378, Misc. DALEY v. NEW JERSEY. Sup. Ct. N. J.

No. 458, Misc. TRACY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Petitioner *pro se*. *James F. Sullivan* for respondent.

No. 507, Misc. McGREGOR v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se*. *Malvina H. Guggenheim* for respondent.

No. 547, Misc. SHERRICK v. ARIZONA. Sup. Ct. Ariz. Petitioner *pro se*. *Darrell F. Smith,* Attorney General of Arizona, and *Philip M. Haggerty,* Assistant Attorney General, for respondent.

No. 557, Misc. PISCITELLO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se*. *Alan F. Leibowitz* for respondent.

No. 564, Misc. WILLIAMS v. UNITED STATES. C. A. 4th Cir. *Robert L. Montague III* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 584, Misc. BROWN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se*. *Malvina H. Guggenheim* for respondent.

No. 590, Misc. ORDOG v. NEW JERSEY; and

No. 631, Misc. RUSH v. NEW JERSEY. Sup. Ct. N. J. Petitioners *pro se*. *Norman Heine* for respondent in both cases. Reported below: 45 N. J. 347, 212 A. 2d 370.

No. 675, Misc. WARD v. ILLINOIS. Sup. Ct. Ill.

No. 619, Misc. MORRIS v. WEST VIRGINIA. Sup. Ct. App. W. Va. *George A. Daugherty* and *Mose E. Boiar-*